# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JANE FARRELL and
MICHAEL FARRELL,                   :

    Plaintiffs                  :
                                              CIVIL ACTION NO. 3:19-1786
      v.                       :
                                              (JUDGE MANNION)
UNITED STATES,                     :

    Defendant                   :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The United States is substituted as the proper Defendant in this case and WMCHC and Giannetti are **DISMISSED WITH PREJUDICE**.

2. Defendant United States' motion to dismiss based on Plaintiffs' failure to exhaust their FTCA administrative remedies with respect to their claims prior to filing their complaint, **(Doc. 4)**, is **GRANTED**.

3. The plaintiffs' complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE** since plaintiffs failed to satisfy a jurisdictional prerequisite to initiating a civil action under the FTCA.

4. The Clerk of Court is directed to **CLOSE** this case.

                                      s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**Dated: February 18, 2020**

19-1786-01-Order